RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jason Hines

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON HINES,<br><br>Defendant. | Case No. 2:18-cr-00307-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jason Hines, that the Sentencing Hearing currently scheduled on April 2, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Informal objections to the presentence investigation report are currently due on March 11, 2020.

2. Defense counsel requires additional time to confer with Mr. Hines about the substance of the presentence investigation report in order to provide the Probation Office with informal objections to the report.
3. The defendant is not in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.
5. This is the second request for a continuance of the sentencing hearing.

DATED this 11th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Margaret W. Lambrose*<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00307-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JASON HINES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, April 2, 2020 at 9:30 a.m., be vacated and continued to May 12, 2020 at the hour of 2:00 p.m. in Courtroom 6C.

DATED this 11th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE