RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jason Hines

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON HINES,<br><br>    Defendant. | Case No. 2:18-cr-00307-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jason Hines, that the Sentencing Hearing currently scheduled on July 21, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. In light of the current COVID-19 pandemic, the State of Nevada's resulting emergency declarations, widespread calls to take more aggressive social

distancing measures, and this Court's stated goal to "striv[e] to eliminate in-person court appearances,"[1] the parties request this Court continue the sentencing hearing to a later date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. This is the fourth request for a continuance of the sentencing hearing.

DATED this 13th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Margaret W. Lambrose<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

---

[1] *See* District of Nevada Temporary General Order 2020-04, available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-04-re-Covid19.pdf.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JASON HINES,<br><br>　　　　Defendant. | Case No. 2:18-cr-00307-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 21, 2020 at 10:30 a.m., be vacated and continued to September 15, 2020 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 13th day of July, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3