RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jason Hines

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON HINES,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00307-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Seventh Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jason Hines, that the Sentencing Hearing currently scheduled on January 14, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　There is a conflict with defense counsel.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. This is the seventh request for a continuance of the sentencing hearing.

DATED this 8th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Margaret W. Lambrose*<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ *Travis Leverett*<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00307-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JASON HINES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, January 14, 2021 at 10:30 a.m., be vacated and continued to March 4, 2021 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 8th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

3