RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jason Hines

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JASON HINES,<br><br>              Defendant. | Case No. 2:18-cr-00307-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING MEMORANDUM DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Ed G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jason Hines, that the Sentencing Memorandum currently due on February 25, 2021, be vacated and continued to February 26, 2021.

This Stipulation is entered into for the following reasons:

1. There is a conflict with defense counsel.
2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request filed herein.

DATED this 24th day of February, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Margaret W. Lambrose<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ Ed G. Veronda<br>ED G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON HINES,<br><br>      Defendant. | Case No. 2:18-cr-00307-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing memorandum currently due on Thursday, February 25, 2021 be vacated and continued to Friday, February 26, 2021

DATED this 25th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE